```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

UNITED STATES                  :
                               :
    v.                         :    Crim. No. 3:97-CR-48 (AHN)
                               :
JAMES SHEA                     :

ORDER

For the reasons stated on the record at the August 29, 2007 and September 6, 2007 hearings on the petition for the revocation of supervised release as to James Shea [doc. # 1600], the court hereby orders the United States Marshals Service to transfer and release James Shea to the custody of Crossroads Inc., 54 East Ramsdell Avenue, New Haven, Connecticut 06515, for the purpose of drug treatment.

SO ORDERED this 17th day of September, 2007, at Bridgeport, Connecticut.

                                                    /s/
                                           Alan H. Nevas
                                       United States District Judge